UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MEREDITH LEE WRIGHT FRENCH,

           Plaintiff,

v.                                             Civil Action No. 1:22-cv-00780-PTG-JFA

NC FINANCIAL SOLUTIONS, LLC, and
NC FINANCIAL SOLUTIONS OF UTAH,
LLC d/b/a NETCREDIT

           Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Please take notice that Plaintiff Meredith Lee Wright French, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action with prejudice, the court retaining jurisdiction pursuant to *Kokkonen v. Guardian Life Ins. Co., Am.,* 511 U.S. 375 (1994). Because the Defendants have not yet filed an Answer, this action may be dismissed in its entirety without further order of the court.

                                                            Respectfully,

                                                            **Meredith Lee Wright French**

So ordered 8/22/2022

                                                             /s/
                                                            Susan M. Rotkis, VSB #40693
                                                            Attorney for Plaintiff
                                                            Price Law Group, APC
                                                           2290 E. Speedway Blvd.
/s/
                                                           Tucson, AZ 85719
Patricia Tolliver Giles                     Tel/ Fax: (818) 600-5506
United States District Judge            E-mail: susan@pricelawgroup.com

1